In re BURGER. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) In the matter of the application of Kate Burger for the appointment of commissioners to determine damages occasioned to the property of the petitioner by the change of grade of West German street in the village of Herkimer. No opinion. Order affirmed, with costs.

———

BURMESTER, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1914.) Action by Anna Frances Burmester, individually and as executrix, etc., of William H. Burmester, deceased, against Charles T. O'Brien. No opinion. Judgment affirmed by default, with costs.

———

BUSH, Respondent, v. NEW YORK CEMENT GUN CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by George W. Bush against the New York Cement Gun Company. No opinion. Judgment and order unanimously affirmed, with costs.

———

BUTLER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by John P. Butler against the City of New York. B. Ellison, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

———

CALPAN v. PITTSBURG CONTRACTING CO. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Nathan Calpan against the Pittsburg Contracting Company. No opinion. Motion granted, with $10 costs. Order filed.

———

CAMPBELL, Respondent, v. BLACK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Elizabeth J. Campbell against Louis Black. No opinion. Interlocutory judgment and order affirmed, with costs. See, also, 146 App. Div. 904, 133 N. Y. Supp. 1114.

———

CANET v. SMITH et al. (No. 6328.) (Supreme Court, Appellate Division, First Department. October 30, 1914.) Appeal from Special Term, New York County. Action by B. Charles Canet against Higbie Smith and others. From an order (149 N. Y. Supp. 101), vacating an order for examination of defendants before trial, plaintiff appeals. Order of vacation reversed, and order for examination modified. J. J. Alexander, of New York City, for appellant. G. E. Blackwell, of New York City, for respondents.

PER CURIAM. We think the plaintiff was entitled to examine the defendant before trial, and that the order vacating the order for such examination should be vacated. The order for examination, however, was improper, in requiring the production of the books and papers. The order appealed from is therefore reversed, with $10 costs and disbursements, and the order for examination modified, by striking out the provision requiring the production of the books and papers by the defendant.

———

CARBERRY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by James Carberry against the International Railway Company. No opinion. Order affirmed, with costs.

———

CARL H. SCHULTZE v. MASSACHUSETTS BONDING & INS. CO. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Carl H. Schultze, a corporation, against the Massachusetts Bonding & Insurance Company. C. J. Gleason, of New York City, for plaintiff. H. L. Cheyney, of New York City, for defendant. No opinion. Exceptions overruled, and judgment ordered for plaintiff, with costs. Settle order on notice.

———

CASAZZA et al., Respondents, v. INTERBORO RAPID TRANSIT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Antonio G. Casazza and another against the Interboro Rapid Transit Company and another. J. O. Nichols, of New York City, for appellants. I. E. Bermant, of New York City, for respondents. With this case have been consolidated in this court cases bearing titles as follows: Malvino Bauer v. Interboro Rapid Transit Co. (two cases); Josephine N. Cowperthwait et al. v. Same; Abraham Liebeskind v. Same; Cord H. Schroeder v. Same; Robert Kommel v. Same; Josephine K. Schwefel v. Same. No opinions. Orders affirmed, with $10 costs and disbursements. Orders filed.

———

CASSELBERRY, Appellant, v. TIETENBERG et al., Respondents. (Supreme Court. Appellate Division, First Department. October 16, 1914.) Action by Jacob R. Casselberry against Robert R. Tietenberg and another. S. E. Fairchild, of New York City, for appellant. A. Benedict, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

———

CAVANAUGH v. MURPHY et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Frances M. Cavanaugh against Josephine A. Murphy and others. No opinion. Motion granted, un-